# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHARON K. PACK, | : | |
| Plaintiff, | : | Case No. 2:20-cv-6031 |
| v. | : | Chief Judge Algenon L. Marbley |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : | |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised, it is therefore **ORDERED** that:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (ECF No. 21) is **ACCEPTED**. The Commissioner shall pay Plaintiff's attorney fees in the amount of $4,200.00, and no costs, for a total award of $4,200.00.

2. Counsel for the parties shall verify whether or not Plaintiff owes a pre-existing debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the fee award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel.

3. This case remains terminated on the docket of the Court.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 15, 2022